Submitted August 29, affirmed November 15, 2012, petition for review allowed March 28, 2013 (353 Or 428)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARGARITO GARZA,
*Defendant-Appellant.*

Washington County Circuit Court
C092075CR; A146764

291 P3d 774

Peter Gartlan, Chief Defender, and Ernest G. Lannet, Chief Deputy Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Jeremy C. Rice, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Haselton, Chief Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. Ziska*, 253 Or App 82, 291 P3d 774 (2012).